Bruce MESSER and Timothy P'Simer, Plaintiffs–Appellants,

v.

Fran CURCI, individually and in his official capacity as Commissioner of the Department of Parks of the Commonwealth of Kentucky; Kelly Newton, individually and in his official capacity as Superintendent of Carter Caves State Resort Park; W. Gayle Foust, individually and in his official capacity as Director Personnel, Department of Parks of the Commonwealth of Kentucky; and Thomas Lykins, Defendants–Appellees.

No. 85–5626.

United States Court of Appeals, Sixth Circuit.

July 19, 1990.

Deborah G. Roher, Stephen Krumm, Northeast Kentucky Legal Services, Ashland, Ky., for plaintiffs-appellants.

J. Patrick Abell, Dept. of Parks, Paul C. Gaines, III, Daniel F. Egbers, Com. of Ky., Dept. of Personnel, J. Michael Noyes, Frankfort, Ky., for defendants-appellees.

Before MERRITT, Chief Judge, KEITH, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS, and NORRIS, Circuit Judges, and LIVELY and ENGEL, Senior Circuit Judges.

ORDER

Upon remand from the United States Supreme Court, —— U.S. ——, 110 S.Ct. 3233, 111 L.Ed.2d 745, which vacated the judgment of this court and having considered the appellants' motion for reversal of the district court without briefing or argument in light of the Supreme Court's action.

It is ORDERED that the judgment of the district court, 610 F.Supp. 179, is reversed

and this case is remanded for further proceedings consistent with *Rutan v. Republican Party of Illinois*, 496 U.S. ——, 110 S.Ct. 2729, 111 L.Ed.2d 52 (1990).